peal from the order denying this motion. The rule is well settled that, if a defendant be brought within the jurisdiction of the court by any fraud or deceit, the service of process upon him will be set aside. However, in this case the question whether or not the defendants had been enticed into the jurisdiction by plaintiffs' deceit was in dispute. This disputed question of fact was decided in favor of plaintiffs by the denial of defendants' motion, and this determination of that question by the court at special term is justified by the proofs and will not be disturbed. Order affirmed, with costs.

HASSELBROCK, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1897.) Action by Charles A. Hasselbrock, an infant, etc., against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re HATFIELD. (Supreme Court, Appellate Division, First Department. March 19, 1897.) In the matter of Stanley M. Hatfield. No opinion. Motion denied.

HAVEN, Respondent, v. GODEY PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by Edwin H. Haven against the Godey Publishing Company. T. G. Strong, for appellant. M. J. Southard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HERBERT et al., Appellants, v. DURYEA, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1897.) Action by Henry L. Herbert and another against John Duryea. I. D. Warren, for appellants. R. L. Maynard, for respondent.
WILLIAMS, J. The questions arising in this case are the same as those presented in the case of Castner v. Duryea (decided herewith) 44 N. Y. Supp. 708; and for reasons stated in the opinion in that case the judgment should be reversed, and a new trial ordered, with costs to appellant to abide event.

HETTRICK v. BROWER. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by Matthew Hettrick against Walter Brower, executor, etc. No opinion. Motion granted, with $10 costs. Attention called to the case of Gamble v. Lennon, 9 App. Div. 407, 41 N. Y. Supp. 277.

HOBART, Respondent, v. McCALL, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Clarence G. Hobart against Elbert F. McCall. No opinion. Judgment affirmed, with costs.

HOFFMEIER v. ANDREWS et al. (Supreme Court, Appellate Division, First Department. April 9, 1897.) Action by Joseph Hoffmeier against William D. Andrews and others. G. W. McKenzie, for plaintiff. J. C. Thompson, for defendants. No opinion. Order affirmed, with $10 costs and disbursements.

HOLLAND TRUST CO. v. CONSOLIDATED GAS & ELECTRIC LIGHT CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 9, 1897.) Action by the Holland Trust Company, as trustee, etc., against the Consolidated Gas & Electric Light Company of Westchester County and others. No opinion. Order affirmed so far as it denies motion to direct referee to pay receiver's expenses incurred prior to date originally fixed for passing title. Order reversed so far as it denies motion to direct referee to pay such expenses incurred subsequent to that date; and motion granted to that extent. No costs of this appeal to either party.

HOME BANK v. CONE. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by the Home Bank against James B. Cone, impleaded. No opinion. Motion for reargument denied, with $10 costs.

HOWARD, Respondent, v. CARLETON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Oliver Howard against Charles Carleton and others. No opinion. Judgment and order affirmed, with costs.

HOWARD, Respondent, v. CARLETON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Oliver Howard against Charles Carleton and others. No opinion. Order denying motion to amend affirmed.

HOWELL, Respondent, v. HAWKINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 19, 1897.) Action by Lucy C. Howell against William M. Hawkins and others. No opinion. Application denied. See 41 N. Y. Supp. 1119.

H. R. KIRK CO., Appellant, v. SMITH-KAVANAGH CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by the H. R. Kirk Company against the Smith-Kavanagh Company. No opinion. Order affirmed, with $10 costs and disbursements.

HUMPHREYS v. LENNON. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by Chauncey H. Humphreys, as administrator, against William F. Lennon. No opinion. Motion granted, with $10 costs.

In re HUNT. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Proceeding to disbar Dennis W. Hunt. No opinion. Order appointing Hon. E. C. Emerson, referee, and designating the district attorney of Onondaga county to conduct the proceedings, settled, filed, and entered with the clerk.

HURLEY v. NEW YORK & B. BREWING CO. et al. (Supreme Court, Appellate Division, Second Department. March 19, 1897.) Action by Cornelius Hurley, as administrator, etc.,